**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bradley McCarthy,<br><br>        Plaintiff,<br><br>    v.<br><br>The Boeing Company,<br><br>        Defendant. | Case No. **CV 09-1002-JFW (RZx)**<br><br>**JUDGMENT** |

    The Court, having granted the Defendant's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief alleged against it,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

    1.  Plaintiff Bradley McCarthy shall recover nothing from Defendant The Boeing Company;

    2.  Defendant The Boeing Company shall have judgment in its favor on Plaintiff Bradley McCarthy's entire action; and

3. Defendant The Boeing Company shall recover from Plaintiff Bradley McCarthy its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: December 17, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE